STATE OF NEW JERSEY v. NICHOLAS RIVERA.

March 20, 1972. Petition for certification denied.

NORMAN SWINTON v.
GREGORY STEEL WELDING & FABRICATING CO.

March 20, 1972. Petition for certification granted.

ROY LEE HEAVNER *ET AL.* v. UNIROYAL, INC., *ETC.*, *ET AL.*

March 20, 1972. Petition for certification granted. (See 118 *N. J. Super.* 116).

STATE OF NEW JERSEY v. MICHAEL HALTNER.

March 20, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND FIGUEROA.

March 20, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT SMITH.

March 20, 1972. Petition for certification denied.